UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL L. JOYE,

        Plaintiff,

                                                            Case No. 06-CV-11929
vs.                                           HON. GEORGE CARAM STEEH

FAMILY DOLLAR STORES, INC.,

        Defendant.

_____/

ORDER DENYING MOTION FOR RECONSIDERATION (#18)

        Plaintiff Samuel Joye, appearing pro per, moves for reconsideration of this court's September 25, 2006 Order dismissing Joye's claims without prejudice for failure to prosecute and failure to show cause as required under the court's September 5, 2006 Order.  Joye filed the motion for reconsideration on October 19, 2006, well beyond the 10-day filing requirement of Eastern District of Michigan Local Rule 7.1(g)(1).  Accordingly,

        Joye's motion for reconsideration is hereby DENIED as untimely.

        SO ORDERED.

                                                    s/George Caram Steeh
                                                    GEORGE CARAM STEEH
                                                    UNITED STATES DISTRICT JUDGE

Dated:  October 23, 2006

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 23, 2006, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk